IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DWIGHT BROWN                                                                    PLAINTIFF

v.                                                                       NO. 3:04CV189-B-D

WACKENHUT/GEO ET AL.                                                         DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated September 14, 2005, and the October 14, 2005, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 14, 2005, is hereby approved and adopted as the opinion of the court.

2. That the defendants' motion for summary judgment is hereby **GRANTED**.

3. That the instant case is hereby **DISMISSED** with prejudice.

4. That this case is **CLOSED.**

THIS, the 10th day of November, 2005.

/s/ Neal Biggers
_____
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE